IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WARREN H. BROWN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 09-2833 |

**ORDER**

AND NOW, this 16 day of Aug, 2010, upon consideration of Plaintiff's Motion for Summary Judgment/Request for Review, Defendant's response thereto, and the Record herein, and after review of the Report and Recommendation of M. Faith Angell, and objections thereto, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The relief requested in Plaintiff's Motion for Summary Judgment/Request for Relief is DENIED.
3. JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY.
4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.